OPINIONS OF THE SUPREME COURT OF OHIO

The full texts of the opinions of the Supreme Court of Ohio are being transmitted electronically beginning May 27, 1992, pursuant to a pilot project implemented by Chief Justice Thomas J. Moyer.

Please call any errors to the attention of the Reporter's Office of the Supreme Court of Ohio. Attention: Walter S. Kobalka, Reporter, or Deborah J. Barrett, Administrative Assistant. Tel.: (614) 466-4961; in Ohio 1-800-826-9010. Your comments on this pilot project are also welcome.

NOTE: Corrections may be made by the Supreme Court to the full texts of the opinions after they have been released electronically to the public. The reader is therefore advised to check the bound volumes of Ohio St.3d published by West Publishing Company for the final versions of these opinions. The advance sheets to Ohio St.3d will also contain the volume and page numbers where the opinions will be found in the bound volumes of the Ohio Official Reports.

Dellenbach, Appellee, v. Robinson et al., Appellants.
[Cite as Dellenbach v. Robinson (1994),     Ohio St.3d    .]
Appeal dismissed as improvidently allowed.
(No. 93-1329 -- Submitted September 13, 1994 -- Decided November 9, 1994.)
Appeal from the Court of Appeals for Franklin County, No. 92AP-884.

John W. Leibold and Melanie A. Ray, for appellee.
Jacobson, Maynard, Tuschman & Kalur Co., L.P.A., Patrick F. Smith and Karen L. Clouse, for appellant Robinson.
Baker & Hostetler, Bradley Hummel and David C. Levine, for appellant Grant Medical Center.
Scanlon & Henretta Co., L.P.A., Lawrence J. Scanlon and Ann Marie O'Brien, urging affirmance for amicus curiae, Ohio Academy of Trial Lawyers.
Squire, Sanders & Dempsey, William M. Todd and Terri-Lynne B. Smiles, urging reversal for amici curiae, Ohio State Medical Association and Ohio Hospital Association.

The cause is dismissed, sua sponte, as having been improvidently allowed.
A.W. Sweeney, Douglas, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.
Moyer, C.J., and Wright, J., dissent and would reverse the judgment of the court of appeals.